UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                     Case No. 3:01-cr-239(S3)-J-99HTS

DARREN LAMONT KEYS
     a/k/a Roderick Bremby
     a/k/a Mark R. Estep

_____

### O R D E R

This cause is before the Court on Defendant's Emergency Motion for Official Discharge of Noel Lawrence and Appointment of John Mills as Substitute Counsel or in the Alternative Allow Self Representation (Doc. #501; Motion).

"If a party for whom counsel was appointed by the district court . . . wishes appointed counsel relieved and replacement counsel appointed, the party shall file with the clerk of the court of appeals a motion requesting such relief . . . ." Addendum Four of the Eleventh Circuit Plan Under the Criminal Justice Act (e)(3). Defendant has already asked the Court of Appeals for the relief sought in the instant motion, and that court has denied his requests. Accordingly, as this case is still proceeding on appeal, the Motion (Doc. #501) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of August, 2005.

_____
HOWARD T. SNYDER
United States Magistrate Judge

Copies to:

United States Attorney (O'Malley)
Noel G. Lawrence, Esquire
Defendant